IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ARTHUR ISOM                                                                                    PLAINTIFF

v.                                            No. 2:15-cv-200-DPM

J. R. SMITH, Sheriff, Cross County;
MIKE BESHAIN, Jail Administrator,
Cross County Detention Center; and
ESSIE E. CLAY, Jail Administrator,
Lee County Jail                                                                               DEFENDANTS

ORDER

1. Isom hasn't updated his address as the Court ordered. № 15. Instead, his mail is being returned as undeliverable. № 16 & 17. The Court therefore withdraws the reference and will dismiss Isom's complaint without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

2. Defendants' motion to dismiss, № 18, is denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 March 2016