IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ARTHUR ISOM                                                                                          PLAINTIFF

v.                                    No. 2:15-cv-200-DPM

J. R. SMITH, Sheriff, Cross County;
MIKE BESHAIN, Jail Administrator,
Cross County Detention Center; and
ESSIE E. CLAY, Jail Administrator,
Lee County Jail                                                                                     DEFENDANTS

## JUDGMENT

Isom's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 March 2016